# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00324-APG-PAL |
| Plaintiff | **Order To Revise Presentence Investigation Report** |
| v. | [ECF No. 28] |
| OPKEM FRANCIS, | |
| Defendant | |

Defendant Opkem Francis moves to correct an error in the Presentence Investigation Report to reflect he was not brought into federal custody on a writ from state custody. The Government does not oppose, nor does the United States Marshal.

IT IS THEREFORE ORDERED that Mr. Francis's motion **(ECF No. 28) is GRANTED**. The Probation Office shall prepare a corrected Presentence Investigation Report, revising the "Release Status" section on page 1 so that it states the following: "On November 10, 2017, the defendant was arrested by the Federal Bureau of Investigations (FBI), Las Vegas, Nevada. On November 13, 2017, the defendant appeared before a United States Magistrate Judge for an Initial Appearance. The defendant remains in continuous federal custody."

DATED this 9th day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE